No. 709. El Pueblo, Demandante y Apelado, *v.* Rodríguez, Acusado y Apelante.—

No. 708. El Pueblo, Demandante y Apelado, *v.* Garófalo, Acusado y Apelante.—

No. 707. El Pueblo, Demandante y Apelado, *v.* Benítez, Acusado y Apelante.—

Apelaciones procedentes de la Corte de Distrito de Humacao en causas por acometimiento y agresión e infracción del artículo 370 del Código Penal. Resueltos en noviembre 6, 1914. Confirmadas las sentencias apeladas. Abogados del Pueblo: *Sr. Salvador Mestre, Fiscal.* Los acusados no comparecieron.

---

Nos. 136, 135 y 133. Hernández, Peticionario, *v.* Foote, Juez de Distrito, Demandado.—Solicitudes para que se expidan mandamientos de *certiorari* al Juez de la Corte de Distrito de Mayagüez. Resueltos en noviembre 6, 1914. Denegadas las solicitudes. El peticionario compareció en nombre propio. El demandado no compareció.